| | |
|---|---|
| **CHARLES L. FIRESTEIN, P.C.**<br>Charles L. Firestein, #002986<br>7227 North 16th Street, Ste 124<br>Phoenix, Arizona 85020<br>(602) 235-9000<br>Fax (602) 235-9040 | Dated: January 31, 2011<br><br>_/s/ George Nielsen_<br>GEORGE B. NIELSEN, JR |
| Attorney for Creditor WELLS FARGO FINANCIAL NATIONAL BANK | U.S. Bankruptcy Judge |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>PATRICIA ANN SMITH,<br><br>Debtor(s), | CHAPTER 13 PROCEEDINGS<br><br>CASE NO: 2:10-bk-34436-GBN<br><br>**STIPULATED DEFAULT JUDGMENT AND ORDER AVOIDING LIEN ON REAL PROPERTY**<br><br><u>Real Property Located at</u>:<br>10832 E CLOVIS AVE<br>MESA, AZ 85208 |

THIS STIPULATED DEFAULT JUDGMENT AND ORDER AVOIDING LIEN ON REAL PROPERTY is entered into by and between the Debtor PATRICIA ANN SMITH, by and through her counsel undersigned, and the Creditor WELLS FARGO FINANCIAL NATIONAL BANK by and through its authorized agent.

**FINDINGS OF FACT:**

1. The Debtor filed for protection under Chapter 13 of the Bankruptcy Code on October 26, 2010 in the United States Bankruptcy Court, District of Arizona, and was assigned case number 2:10-bk-34436-GBN;

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 (b)(2)(A), (K) and (O);

3. The Debtor is the owner of that certain real property ("Property") located at

10832 E CLOVIS AVE, MESA, AZ 85208, and legally described as follows:

**LOT 73, SIGNAL BUTTE MANOR, ACCORDING TO BOOK 504 OF MAPS, PAGE 17 AND AFFIDAVIT OF CHANGE RECORDED IN DOCUMENT NO. 990772084, RECORDS OF MARICOPA COUNTY, ARIZONA.**

4. Debtor is the maker of a certain Note dated and the same secured by a valid and perfected junior position Deed of Trust dated and recorded on August 17, 2006 in the Office of the County Recorder for Maricopa County, Arizona, at Document No. 2006-1096262, encumbering the Property;

5. Creditor is the holder or assignee, or the agent of the holder or assignee, of the Note and Deed of Trust; and

6. The value of the Property is less than the amount owed on any lien that is senior to Creditor's lien and, therefore, Creditor's lien is wholly unsecured and may be stripped and rendered void.

**JUDGMENT AND ORDER:**

Based upon the foregoing Findings of Fact and the entire record before the Court, and good cause appearing; it is

HEREBY ORDERED AND JUDGMENT IS ENTERED IN FAVOR OF THE DEBTOR AS FOLLOWS:

A. **Avoidance of Deed and Trust.** Creditor's lien, evidenced by the Deed of Trust, shall be avoided upon completion of the Debtor's Chapter 13 Plan in the underlying Chapter 13 bankruptcy case and the entry of a Discharge Order in the Debtor's underlying Chapter 13 bankruptcy case; Within 30 days after successful completion of the Chapter 13 Plan and the entry of the Discharge Order in the underlying Chapter 13 bankruptcy case, shall cause to be recorded in the Office of the County Recorder for Maricopa County, Arizona, a release of the Deed of Trust;

B. **General Unsecured Claim.** Creditor's claim shall be treated and classified as a general/non-priority unsecured claim under the the Debtor's Chapter 13 Plan in the underlying Chapter 13 bankruptcy case;

C. **Continuation of Lien.** Creditor's lien, evidenced by the Deed of Trust, shall remain in place until completion of the Chapter 13 Plan in the underlying Chapter 13 bankruptcy case by the the Debtor and the entry of a Discharge Order in the underlying Chapter 13 bankruptcy case;

D. **Effect of Dismissal or Conversion.** Creditor shall retain its lien for the full amount due under the Note and its Deed of Trust shall not be avoided in the event of either the dismissal of the Debtor's underlying Chapter 13 bankruptcy case or the conversion of the Debtor's underlying Chapter 13 bankruptcy case to any other Chapter of the Bankruptcy Code;

E. **Foreclosure of Senior Deed of Trust.** In the event that a senior lien holder on the Property shall foreclose its security interest and extinguishes the Deed of Trust prior to completion of the Debtor's underlying Chapter 13 Plan and the entry of the Discharge Order in the Debtor's underlying Chapter 13 bankruptcy case, Creditor's lien shall attach to any surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of sale;

F. **Costs and Attorneys' Fees.** Each party will bear their own costs and expenses, including attorneys' fees, associated with this action; and

G. **Recording.** This Stipulated Judgment and Order may be recorded by the Debtor in the Office of the County Recorder of Maricopa County, Arizona; the subsequent Discharge Order entered in the underlying Chapter 13 bankruptcy case may be recorded in the Office of the County Recorder of Maricopa County, Arizona, of both documents refereed to in this paragraph shall act as a release of the Deed of Trust.

**Signed and Dated Above**

Agreed as to form and content by:

LAW OFFICE OF CHARLES L. FIRESTEIN, PC

By: _____ 1/27/11

Charles L. Firestein
7227 North 16th Street, Ste 124
Phoenix, Arizona 85020
Attorney for WELLS FARGO FINANCIAL NATIONAL BANK

By: _____

AMANDA ELIZABETH NELSON
PHILLIPS & ASSOCIATES
20 E THOMAS, STE 2600
PHOENIX, AZ 85012
Attorney for Debtor